FILED ____ ENTERED
LODGED ____ RECEIVED

JUL 20 2001

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN A. TRIPP ) <br> ) <br> Defendant. ) | NO. CR98-630 <br><br> ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon the United States Attorney for the Western District of Washington hereby dismisses the Information, CR98-630, charging violations of Title 18, United States Code, Sections 7 and 13, against defendant MARTIN A. TRIPP.

DATED this 17th day of _____July_____, 2001.

FRANCIS J. DISKIN
United States Attorney

_____
BARBARA J. SIEVERS
Special Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DATED this 20 day of _____July_____, 2001.

_____
UNITED STATES MAGISTRATE JUDGE



ORDER FOR DISMISSAL - 1

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

